No. 02–8119.   LOPEZ-SEPULVEDA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 02–8123.   RODRIGUEZ v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 02–8127.   RUVALCABA-VARGAS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 02–8128.   RASHKOVSKI v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 02–8129.   REYNOLDS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 02–687.   POOLE, WARDEN v. KILLIAN.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 02–803.   STRAUB, WARDEN v. MILLER.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 02–806.   BURKE, WARDEN v. HAYNES.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 02–807.   JACKSON, WARDEN v. LYONS.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.